■ ARIE GENGER et al., Respondents, v SAGI GENGER et al., Respondents, and DALIA GENGER, Appellant. SAGI GENGER et al., Cross Claimants, Counterclaimants, and Third-Party Claimant-Respondents, v ARIE GENGER et al., Cross-Claim, Counterclaim, and/or Third-Party Defendants-Respondents. [41 NYS3d 414]—

Order, Supreme Court, New York County (Barbara Jaffe, J.), entered November 25, 2014, which, to the extent appealed from as limited by the briefs, upon the parties' stipulation, dismissed the complaint, unanimously affirmed, with costs.

Defendant Dalia Genger, as Trustee for the Orly Genger 1993 Trust (Orly Trust), failed to articulate any objection to the court's entry of the November 25, 2014 order dismissing plaintiff Orly Trust's breach of fiduciary duty and unjust enrichment claims against certain defendants, and her claim is not properly before this Court (*Horizon Asset Mgt., LLC v Duffy*, 106 AD3d 594, 595 [1st Dept 2013]). In any case, that order did not dismiss any claims; rather, it recognized that all claims had previously been dismissed or discontinued by prior court orders, dismissed the complaint, and severed other viable third party claims, cross claims, and counterclaims unrelated to the Orly Trust. Concur—Friedman, J.P., Saxe, Richter and Gische, JJ.